# EXHIBIT "A"

#663246 v1

**ORBIT ENERGY & POWER LLC**
**CASE #22-19628-ABA**
**Payments Made during 90 Day Period Prior to Filing**

**Vendor:** Cadilus, Inc.
11 South 12th Street
1st Floor
Richmond, VA 23219

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 9/14/2022 | 9/14/2022 | ACH | 36,672.00 |
| 9/30/2022 | 9/30/2022 | ACH | 7,470.00 |
| 10/11/2022 | 10/11/2022 | ACH | 7,470.00 |
| 10/17/2022 | 10/17/2022 | ACH | 7,470.00 |
| 10/25/2022 | 10/24/2022 | ACH | 6,948.00 |
| 11/08/2022 | 11/7/2022 | ACH | 7,800.00 |
| 11/17/2022 | 11/17/2022 | ACH | 3,900.00 |
| 11/18/2022 | 11/18/2022 | ACH | 3,900.00 |
| 12/02/2022 | 12/1/2022 | ACH | 7,800.00 |
| TOTAL | | | 89,430.00 |